LAW OFFICES OF
**STEVEN C. GAMBARDELLA**
20750 Ventura Boulevard, Suite 201
Woodland Hills, California 91364-6249
Telephone (818) 887-4295

Steven C. Gambardella, Esq.   State Bar #100757

*Attorneys for* Plaintiff, Jasper Cohen, a Minor,
By and Through His Guardian ad Litem,
Casey Cohen



FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



DOCKETED ON CM
JUL 10 2006
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| J███ C███, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, CASEY COHEN, <br><br> PLAINTIFF, <br><br> v. <br><br> SOUTHWEST AIRLINES and DOES 1 Through 50, Inclusive, <br><br> DEFENDANTS. | CASE NO: CV05 2729 GAF (CTx) <br> (The Honorable Gary A. Feess, Judge of the District Court, assigned.) <br><br> [~~PROPOSED~~] AMENDED ORDER APPROVING COMPROMISE OF DISPUTED CLAIM OF MINOR |

Petitioner C███ C███ proposes compromise of a disputed claim of a minor. Petitioner Casey Cohen is the father and Guardian ad Litem of Claimant J███ C███ a minor. The claim or action to be compromised is asserted against defendant Southwest Airlines.

THE COURT FINDS that all notices required by law have been given.

THE COURT ORDERS that the Amended Petition is granted and the proposed compromise of claim is approved. The Court's June 15, 2006 Order for Supplemental Filings is hereby VACATED. The gross amount or value of the settlement in favor of claimant is $50,000.00. The payer shall disburse the proceeds of the settlement approved by this order in the following manner:

(1) Fees and expenses shall be paid by one or more checks or drafts, drawn payable to the order of the petitioner and the petitioner's

---

1

[PROPOSED] AMENDED ORDER APPROVING COMPROMISE

attorney, as follows:

(a) Attorney's fees in the total amount of $12,500.00 payable to Steven C. Gambardella, Esq.;

(b) Costs in the total amount of $5,000.00 payable to Steven C. Gambardella, Esq.;

(2) The balance of the settlement available after payment of all allowed fees and expenses is the sum of $32,500.00. ~~(The balance of the~~ ~~settlement~~ The sum of $32,500.00 as specified in the Amended Petition will be used by defendant and its insurers to make the following payments to J~~████C████~~

(a) The sum of $10,000.00 to be paid on July 4 each and every year beginning on July 4, 2016, for a total of four guaranteed payments, with the last payment to be made on July 4, 2019;

(b) The guaranteed sum of $22,054.19, to be paid on July 4, 2023.

The sum of the payments totals $62,054.19.

Petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

THE COURT FURTHER ORDERS: ~~XXXXX~~

Dated: 7/7/06

The Honorable Gary A. Feess, Judge

---

2

[PROPOSED] AMENDED ORDER APPROVING COMPROMISE

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA     )
                        ) ss.:
COUNTY OF LOS ANGELES   )

      I am a resident of the United States and employed in the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding. My business address is 20750 Ventura Boulevard, Suite 201, Woodland Hills, California 91364-6249. On the date this affidavit is dated, I served the within [PROPOSED] AMENDED ORDER APPROVING COMPROMISE OF DISPUTED CLAIM OF MINOR, by placing this document in an envelope addressed to the attorney(s) of record for the parties, as follows:

BERGER KAHN
P.O. Box 92621
Los Angeles, CA 90009

      I caused to be deposited true copies thereof in sealed envelopes with postage fully prepaid thereon in the United States Mail at Woodland Hills, California.

      I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on this day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as stated in this affidavit.

      I declare, under penalty of perjury under the laws of the State of California and the United States of America, that I am employed in the office of a person admitted to practice before this Court, at whose direction service of the aforementioned document(s) was made.

Dated: June 30, 2006

_/s/ Debbie Banning_
Debbie Banning

---

3
[PROPOSED] AMENDED ORDER APPROVING COMPROMISE